IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY O'NEIL,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIP WEBER, et al.,<br><br>    Defendants. | CV 19-140-M-DLC-KLD<br><br>**ORDER** |

Plaintiff requests that the Court allow him to cite statutes, case law, and regulations that hyperlink to Google Scholar rather than Westlaw or Lexis Nexis. (Doc. 11.) Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Any of Plaintiff's briefs filed in this matter referencing the administrative record may include citations that hyperlink to Google Scholar. Plaintiff's citations must follow the citation form required by Local Rule 1.5(d).

DATED this 30th day of December, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge